UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VICTORIA ROBERTS, individually and
on behalf of all others similarly situated,

                Plaintiffs,

v.

PARAGON METALS LLC,

                Defendant.

Case No. 21-426

Mag. Judge Ray Kent

_____/

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Victoria Roberts ("Roberts") and the Opt-In Plaintiffs alleging they are similarly situated with Roberts (collectively "Plaintiffs"), and Defendant Paragon Metals LLC ("Paragon" or "Defendant") (collectively the "Parties"), by and through their attorneys, and pursuant to 29 U.S.C. § 216(b), file this Joint Motion to Approve Settlement, and in support thereof state as follows:

1.      The case at bar concerns a complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

2.      In particular, Roberts initiated this action on May 14, 2021, by filing a complaint against Defendant in the U.S. District Court for the Eastern District of Michigan, which subsequently was transferred to this Court, and alleging that Defendant violated the FLSA by failing to pay Plaintiffs all overtime wages for time worked.

3.      On June 21, 2021, Plaintiff filed Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b). (ECF No. 8).

4.      Defendant denied all allegations and liability alleged in the Complaint and, on July 19, 2021, timely filed their respective Answers and Affirmative Defenses. (ECF No. 9).

1

5.     The Parties filed a Joint Stipulated Order of Conditional Certification, which was entered on July 21, 2021 (ECF No. 13) (the "Order").

6.     Among other things, the Order defined the collective as "All hourly production employees employed by Paragon Metals at any time from May 14, 2018 to the present, who worked more than 40 hours in any workweek, but did not receive overtime pay at the rate of 1.5 times their regular rate of pay for any hours worked over forty hours in a workweek" and set the date for the close of the opt-in period 60 days after the mailing of notice.

7.     During the opt-in period, a number of former employees filed forms consenting to participate in this lawsuit as opt-in plaintiffs.  Approximately 22 consent forms where filed with the Court.  (ECF Nos. 1, 20-24).

8.     In order to avoid the uncertainties of litigation and the attorneys' fees associated with this type of action, the Parties participated in private mediation before the Honorable Gerald E. Rosen (Ret.) on December 2, 2021 and negotiated an early resolution of the matter.  Importantly, throughout the entirety of the resolution process, all Parties were represented by competent counsel.

9.     The Parties have agreed to a settlement amount and, in exchange for Paragon paying such amount, Plaintiffs agree to release Defendant from further liability relating to the claims asserted in this case, as further set forth in the Settlement Agreement. (Attached hereto as ***Exhibit 1***).

10.     The Parties agree the settlement amount is a fair settlement of a *bona fide* dispute and a reasonable compromise of the disputed claims asserted in this matter.

11.    Case law interpreting the FLSA requires court approval of any settlement agreement. *Williams v. Vukovich*, 720 F.2d 909 (6th Cir. 1983); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

12.    The parties now wish for this Court to review and approve the Settlement Agreement.

13.    The parties jointly seek this relief from the Court.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Honorable Court enter an Order approving the Settlement Agreement.

VICTORIA ROBERTS, *et al.*

By: */s/Jesse L. Young*

    Mark S. Wilkinson (P68765)
    PALADIN EMPLOYMENT LAW PLLC
    5955 West Main Street
    Kalamazoo, MI 49009
    (tel.) 269.978.2474
    mark@paladinemploymentlaw.com

    Jesse L. Young (P72614)
    KREIS ENDERLE PC
    One Moorsbridge
    P.O. Box 4010
    Kalamazoo, MI 49003-4010
    (tel.) 269.321.2311
    jyoung@kehb.com

    *Attorneys for Plaintiffs*

    Dated:  December 22, 2021

PARAGON METALS LLC

By: */s/Matthew S. Disbrow* (w/consent)

    Mathew S. Disbrow (P65378)
    Sean F. Crotty (P64987)
    Mathew E. Radler (P80609)
    HONIGMAN LLP
    2290 First National Building
    660 Woodward Ave.
    Detroit, MI 48226-3506
    (tel.) 313.465.7372
    mdisbrow@honigman.com
    scrotty@honigman.com
    mradler@honigman.com

    *Attorneys for Defendant*

    Dated:  December 22, 2021

## **CERTIFICATE OF SERVICE**

I certify that on December 22, 2021, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system, which will send notification of such filing to all

counsel of record.

*/s/ Jesse L. Young*
jyoung@kehb.com