UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA ROBERTS, individually
and on behalf of all others similarly
situated,

        Plaintiffs,

v.

PARAGON METALS LLC,

        Defendant.
_____/

Case No. 1:21-cv-426

Hon. RAY KENT

**ORDER**

This matter is now before the Court on the parties' Joint Motion to Approve Settlement (ECF Nos. 27 and 28). The Court has reviewed the entire Court record. Upon due consideration, the settlement agreement (ECF No. 27-1) is **APPROVED** and this case is **DISMISSED**.

        **IT IS SO ORDERED**.

Dated:  December 27, 2021        /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge